IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IKRAME ELMERDI on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>PHP ENTERPRISES, INC. and PRAKASH PATEL,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:15-CV-1604-MHC |

## ORDER

The parties having announced settlement, the Court hereby **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case. The parties shall file the a dismissal upon finalization of the settlement documents. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

**IT IS SO ORDERED** this 28th day of October, 2015.

MARK H. COHEN
United States District Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.